# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGETTE WHITE,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RELIANCE STANDARD LIFE INSURANCE COMPANY,<br><br>　　　　　　　　Defendant. | Case No. 2:23-cv-04729-SVW-BFM<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice. Each party shall bear their own attorneys' fees and costs.

Dated: August 22, 2023

_____
Hon. Stephen V. Wilson